**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**MANNING LAW, APC**
Joseph R. Manning, Jr. (223381)
info@manninglawoffice.com
4667 MacArthur Blvd., Ste. 150
Newport Beach, CA 92660
Telephone: (949) 200-8755
Facsimile: (866) 843-8308

*Attorneys for Plaintiff*,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATIE HILLER,**<br><br>          Plaintiff,<br><br>     v.<br><br>**COMENITY BANK,**<br><br>          Defendant. | **Case No.:** CV18-1729 JLS (KESx)<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>**HON. JOSEPHINE L. STATON** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff KATIE HILLER ("Hiller") filed this action against Defendants COMENITY BANK ("Comenity") on September 24, 2018 [ECF No. 1];

WHEREAS, the Parties have met and conferred regarding Comenity's anticipated Motion to Compel Arbitration;

AND WHEREAS, the Parties hereby stipulate to dismiss this Action without prejudice to allow Hiller to submit her claims to individual arbitration;

THEREFORE, the Parties stipulate as follows:

This Action is dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party is to bear their own costs and attorney's fees in connection with this action.

Dated: February 3, 2019                                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**SIMMONDS & NARITA LLP**

By: ___/s/ Tomio Narita___
TOMIO NARITA, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: February 3, 2019                         KAZEROUNI LAW GROUP, APC

By:  /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss Action Without Prejudice* has been filed this 3rd day of February 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker