JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATIE HILLER,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**COMENITY BANK,**<br><br>　　　　Defendant. | **Case No.:** SACV18-1729 JLS (KESx)<br><br>**ORDER**<br><br>**HON. JOSEPHINE L. STATON** |

　　Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 4, 2019

　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE